IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**DESMOND D. GREEN**                                                                                **PLAINTIFF**

**VERSUS**                                                                   **CAUSE NO. 3:23-CV-126-CWR-FKB**

**CITY OF JACKSON, MISSISSIPPI,
HINDS COUNTY, MISSISSIPPI, and
DETECTIVE JACQUELYN THOMAS,
Individually**                                                                         **DEFENDANTS**

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT HINDS COUNTY,
MISSISSIPPI'S MOTION FOR JUDGMENT ON THE PLEADINGS [23]**

---

Plaintiff Desmond D. Green files this Response in Opposition to Defendant Hinds County, Mississippi's Motion for Judgment on the Pleadings [23], and shows the Court the following:

1. Green's Complaint plausibly alleges a violation of the Eight and Fourteenth Amendments of the United States Constitution.

2. Green's unconstitutional confinement was the official County policy or custom.

3. For the reasons stated in Plaintiff Desmond D. Green's Memorandum Brief in Opposition to Defendant Hinds County, Mississippi's Motion for Judgment on the Pleadings, being filed simultaneously herewith, Defendant's motion should be denied.

RESPECTFULLY SUBMITTED, this the 11th day of September, 2023.

        DESMOND D. GREEN, Plaintiff

By:  */s/ JIM WAIDE*
   Jim Waide, MS Bar No. 6857
   waide@waidelaw.com
   WAIDE & ASSOCIATES, P.A.
   Post Office Box 1357
   Tupelo, MS 38802-1357
   (662) 842-7324 / Telephone
   (662) 842-8056 / Facsimile

   ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This will certify that undersigned counsel for Plaintiff has this day filed the above and foregoing with the Clerk of the Court, utilizing the federal court electronic case data filing system (CM/ECF), which sent notification of such filing to the following:

**Attorneys for Defendant City of Jackson, Mississippi and Defendant Jacquelyn Thomas:**
Drew M. Martin, Esq.
Office of the City Attorney
455 East Capitol Street
Jackson, MS 39207-2779
drew@justicems.com
alovell@city.jackson.ms.us
dmartin@jacksonms.gov
dmartin@martinlawfirmpllc.com
jenellm5113@gmail.com
mcoleman@city.jackson.ms.us
mgriffin@city.jackson.ms.us
ymanogin@city.jackson.ms.us

**Attorneys for Defendant Hinds County, Mississippi:**
William R. Allen, Esq.
Kevin J. White, Esq.
Allen, Allen, Breeland & Allen, PLLC
P. O. Box 751
Brookhaven, MS 39602
wallen@aabalegal.com
kwhite@aabalegal.com

Rayford G. Chambers, Esq.
Tony R. Gaylor, Esq.
Chambers & Gaylor
P. O. Box 12393
Jackson, MS 39236
rchambers@cglawpartners.com
tgaylor@cglawpartners.com

DATED, this the 11th day of September, 2023.

                                          */s/ JIM WAIDE*
                                          JIM WAIDE