# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2024
Lyle W. Cayce
Clerk

No. 24-60314

Desmond D. Green,

        *Plaintiff—Appellee*,

versus

Jacquelyn Thomas, *Detective*,

        *Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:23-CV-126

_____

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed to the City of Jackson, Mississippi as of August 08, 2024, pursuant to appellant's motion.

No. 24-60314

LYLE W. CAYCE  
Clerk of the United States Court  
of Appeals for the Fifth Circuit

By: _____  
Monica R. Washington, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT



**A True Copy**  
**Certified order issued Aug 08, 2024**

**Clerk, U.S. Court of Appeals, Fifth Circuit**