# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2024

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

        No. 24-60314    Green v. City of Jackson, MS
                        USDC No. 3:23-CV-126

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate for the
City of Jackson, Mississippi.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Monica R. Washington, Deputy Clerk
                            504-310-7705

cc w/encl:
    Mr. Sheridan A. Carr
    Mr. Jason Lee Nabors
    Mr. Jim D. Waide III
    Mrs. Rachel Pierce Waide