

_____

NO. 3:23-CV-126-CWR-ASH

DESMOND D. GREEN,

*Plaintiff,*

v.

DETECTIVE JACQUELYN THOMAS, ET AL.,

*Defendants.*

_____

RULE 54(B) FINAL JUDGMENT

_____

Before CARLTON W. REEVES, *District Judge*.

Plaintiff Desmond D. Green and Defendant Hinds County, Mississippi have announced to the Court a settlement of their dispute.

**IT IS THEREFORE ORDERED** that Green's claims against Hinds County are dismissed with prejudice. If either of these parties fails to execute or comply with the settlement agreement, the aggrieved party may reopen the case to enforce the settlement agreement. If successful, all additional attorney's

fees and costs from this date shall be awarded such aggrieved party against the party failing to execute or comply with the settlement agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

Pursuant to Federal Rule of Civil Procedure 54(b), moreover, the Court determines that there is no just reason for delay in the entry of this final judgment as to Hinds County, and directs that the Clerk enter this document as a final appealable judgment of this Court as to that defendant.

Green's claims against the City of Jackson and Detective Jacquelyn Thomas are unaffected by this Rule 54(b) Final Judgment.

**SO ORDERED**, this the 11th day of December, 2024.

s/ CARLTON W. REEVES
*United States District Judge*
